REX DARRELL BERRY, State Bar No. 110219
SCOTT M. PLAMONDON, State Bar No. 212294
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
Telephone: (916) 564-2000
Facsimile:  (916) 564-2024

Attorneys for Plaintiff UMPQUA BANK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMPQUA BANK, | CASE NO. 2:06-CV-01892-WBS-EFB |
| Plaintiff, | **STIPULATION TO EXTEND VOLUNTARY DISPUTE RESOLUTION PROGRAM DEADLINE; ORDER** |
| v. | |
| WOODBURY FINANCIAL SERVICES, INC., | |
| Defendant. | |

Plaintiff Umpqua Bank ("Umpqua") and Defendant Woodbury Financial Services, by and through their counsel of record, hereby stipulate and agree as follows:

1. The parties are currently participating in the discovery process, however the parties wish to continue to consider the Court's Voluntary Dispute Resolution Program ("VDRP") as an option for resolving the dispute between them.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

PDF created with pdfFactory trial version www.pdffactory.com

2. The parties agree that the current deadline for VDRP is too restrictive, and desire to extend the VDRP deadline by 90 days.

IT IS SO STIPULATED.

DATED: April 20, 2007           BERRY & BLOCK LLP


                                By:   /S/ REX DARRELL BERRY
                                      REX DARRELL BERRY

                                Attorneys for Plaintiff UMPQUA BANK

DATED: April 12, 2007           MORRISON | FOERSTER


                                By:   /S/ WILLIAM D. JANICKI
                                      WILLIAM D. JANICKI
                                      (As Authorized on April 12, 2007)

                                Attorneys for Defendant WOODBURY
                                FINANCIAL SERVICES, INC.

### ORDER

Based on the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED:

1. The deadline for the Voluntary Dispute Resolution Program be extended 90 days, to no later than **July 20, 2007**.

IT IS SO ORDERED.

Dated: April 20, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com