REX DARRELL BERRY, State Bar No. 110219
SCOTT M. PLAMONDON, State Bar No. 212294
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
Telephone:  (916) 564-2000
Facsimile:   (916) 564-2024

Attorneys for Plaintiff UMPQUA BANK


DAN MARMALEFSKY (CA SBN 95477)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California  90013-1024
Telephone: 213.892.5200
Fax: 213.892.5454

WILLIAM D. JANICKI (CA SBN 215960)
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California  95814-4428
Telephone: 916.448.3200
Fax: 916.448.3222

Attorneys for Defendant
WOODBURY FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UMPQUA BANK, | CASE NO. 2:06-CV-01892-WBS-EFB |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| WOODBURY FINANCIAL SERVICES, INC., | Judge:   Edmund F. Brennan |
| Defendant. | |

/ / /

/ / /

/ / /

1

1    IT IS HEREBY STIPULATED by and between the parties in this action, through their designated counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) the above-captioned action filed by Umpqua Bank be and hereby is dismissed with prejudice.

The parties shall each bear their own attorney's fees and costs incurred in this action.

IT IS SO STIPULATED.

DATED:   August 21, 2007              BERRY & BLOCK LLP


                                      By:   /s/Rex Darrell Berry
                                            REX DARRELL BERRY

                                      Attorneys for Plaintiff UMPQUA BANK


DATED:  August 23, 2007               MORRISON and FOERSTER LLP


                                      By:   /s/William Janicki
                                            WILLIAM D. JANICKI

                                      Attorneys for Defendant WOODBURY
                                      FINANCIAL SERVICES, INC.


IT IS SO ORDERED:

    Dated:  October 2, 2007

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE